**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**FAROQ ALFATLAWI,**

            **Plaintiff(s),**         **CASE NUMBER: 07-12490
HONORABLE VICTORIA A. ROBERTS**

**v.**

**GREYHOUND LINES, INC.,**

            **Defendant(s).**
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On March 24, 2008, Magistrate Judge Paul J. Komives submitted a Report and Recommendation (Doc. #26) recommending that the Court DENY Defendant's "Motion to Dismiss and/or to Impose Sanctions on Plaintiff for Failure to Appear at Settlement Conference." (Doc. #20). Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court will adopt the Magistrate Judge's Report and Recommendation. The Court, therefore, **DENIES** Defendant's Motion to Dismiss and/or to Impose Sanctions.

      **IT IS ORDERED**.

                                    S/Victoria A. Roberts
                                    Victoria A. Roberts
                                    United States District Judge

Dated: April 17, 2008

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on April 17, 2008.<br><br>s/Carol A. Pinegar<br>Deputy Clerk |